UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>ALMIGHTY HOME HEALTHCARE, INC.<br><br><br><br>Debtor(s) | BK No.: 16-07686<br><br>Chapter: 11<br>Honorable Carol A. Doyle<br>SELECT IF OUTLYING AREA |

**FINAL ORDER FOR USE OF CASH COLLATERAL**

THIS CAUSE COMING ON TO BE HEARD on motion of Debtor, ALMIGHTY HOME HEALTHCARE, INC. ("Debtor") for entry of an order permitting use of cash collateral belonging to ASSOCIATED BANK, N.A. and the INTERNAL REVENUE SERVICE ("I.R.S."), due and proper notice having been given; the Court having reviewed the Motion; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that:

1. Debtor is authorized to use cash collateral for paying its expenses in accordance with the Projected Budget, ECF No. 10.

2(a). As adequate protection, Debtor shall make monthly payments to Associated Bank in the amount of $2,500.00 due on the last day of the month. As additional adequate protection, the Debtor grants Associated Bank a replacement lien to secure the Debtor's use of Associated Bank's cash collateral to the same extent as Associated Bank's prepetition lien.

2(b). As adequate protection, Debtor shall make payments to the I.R.S. in the amount of $1,000.00 per month, due on the last day of the month. As additional adequate protection, the Debtor grants IRS a replacement lien to secure the Debtor's use of IRS' cash collateral to the same extent as IRS' prepetition lien. The Debtor is directed to mail IRS payments to the following address:

Attn: Renita L. Cannon, BK Spclst
Internal Revenue Service
230 South Dearborn Street
Stop 5014 CHI
Chicago, Illinois 60604

3. The provisions of this Order shall be immediately effective upon entry of this Order.

4. Debtor shall provide Associated Bank and the I.R.S. with a current accounts receivable aging report, and shall provide Associated Bank and IRS with said report on a monthly basis. Additionally, Debtor shall provide Associated Bank and the I.R.S. with copies of its US Bank account statements no later than the last day of the calendar month.

5. This Order is without prejudice to the rights of Associated Bank or the I.R.S. to receive any pre-

Rev: 20120501_bko

petition or post-petition payments due to them or to seek modification of the terms hereof at any time upon reasonable notice to all parties in interest, and subject to the rights of any party to object thereto.

6. This Order does not constitute a waiver of any of Debtor's rights and the Debtor specifically reserves the right to apply the post-petition payments as payment of secured or unsecured debt in connection with the confirmation of a plan of reorganization.

7. The occurrence of any one or more of the following shall constitute an event of default:

a. This Order is stayed, reversed, vacated or modified on appeal or shall cease to be in full force and effect;

b. Debtor's material failure to perform any of its obligations under this Order and failure to cure the default within five (5) business days after receipt of written notice of the default;

c. The conversion of the Debtor's Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code;

d. The appointment of a Chapter 11 Trustee; or

e. The dismissal of the Debtor's bankruptcy case.

8. Upon the occurrence of an event of default, Associated Bank or the I.R.S. may seek modification of the automatic stay to discontinue Debtor's right to use of Cash Collateral pursuant to this Order and for relief from the automatic stay to exercise any and all rights and remedies it may have with respect to the collateral or for other appropriate relief.

9. Debtor's authorization for the use of Cash Collateral pursuant to this Order shall terminate on the earlier of (a) the entry of a Court order vacating or reversing this Order; (b) the Effective Date under the Plan of Reorganization to be proposed by the Debtor and confirmed by final order of the Bankruptcy Court; (c) the occurrence of an event of default herein; (d) the conversion of this case to one under Chapter 7; or (f) such later date as Associated Bank, the I.R.S. or the Debtor may hereafter specify in writing.

Enter:

Dated: 5/27/16

*United States Bankruptcy Judge*

**Prepared by:**
Devvrat Sinha, Esq. (No. 6314007)
Weissberg and Associates, Ltd.
401 S. LaSalle St., Suite 403
Chicago, IL 60605
T. 312-663-0004
F. 312-663-1514

Rev: 20120501_bko